May 7, 1968

No. 68–4. Kenneth W. Stolte, Jr., PVT, U. S. Army and Daniel F. Amick, PFC, U. S. Army v United States.

On consideration of the Petition for Writ of Certiorari and/or Writ of Prohibition and Motion to Dismiss Charges and Specifications filed in the above-entitled action, It is

ORDERED by the Court that said motion be, and the same is, hereby denied without prejudice to raise the issues on appeal should the case ever be appealed.

January 2, 1968

No. 67–22. United States v Harold Dean Aleshire, Formerly BM3, U. S. Navy (NCM 67–0211).

ORDERED by the Court that said Petition be, and the same is, hereby dismissed for lack of jurisdiction.

February 14, 1968

No. 68–1. William M. Clark, 2D LT, U. S. Army.

ORDERED by the Court that said Petition be, and the same is, hereby dismissed for lack of jurisdiction.